UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**INDICTMENT FOR CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE FIFTY GRAMS OR MORE OF COCAINE BASE, DISTRIBUTION OF COCAINE BASE, UNLAWFUL USE OF A COMMUNICATIONS FACILITY AND POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE BASE**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 10- 106-JJB-CN |
| VERSUS | 21 U.S.C. § 846 |
| | 21 U.S.C. § 841(a)(1) |
| ROGER F. BROOKS, also known | 21 U.S.C. § 843(b) |
| as "Cool Breeze" | 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Beginning on an exact date unknown to the Grand Jury, but in or about August 2009 until in or about December 2009, in the Middle District of Louisiana, **ROGER F. BROOKS, also known as "Cool Breeze,"** defendant herein, did conspire with others, known and unknown to the Grand Jury, to knowingly and intentionally possess with the intent to distribute and to distribute fifty (50) grams or more of a substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance, which is a violation of Title 21, United States Code, Section 841(a)(1), and did aid and abet the commission of said conspiracy.

The above is a violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

JJB-2
CN
USM  Remelle
USPO

## COUNT TWO

On or about July 21, 2009, in the Middle District of Louisiana, **ROGER F. BROOKS, also known as "Cool Breeze,"** defendant herein, knowingly and intentionally did distribute five (5) grams or more of a substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about August 8, 2009, in the Middle District of Louisiana, **ROGER F. BROOKS, also known as "Cool Breeze,"** defendant herein, did knowingly and intentionally distribute and did aid and abet another to distribute fifty (50) grams or more of a substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about August 8, 2009, in the Middle District of Louisiana, **ROGER F. BROOKS, also known as "Cool Breeze,"** defendant herein, knowingly and intentionally did use a communications facility, a telephone, in committing, causing, and facilitating the commission of felonies under the Controlled Substances Act, that is, possession with the intent to distribute and distribution of cocaine base, also known as "crack" cocaine, which is a violation of Title 21, United States Code, Section 841(a)(1).

The above is a violation of Title 21, United States Code, Section 843(b).

## COUNT FIVE

On or about October 15, 2009, in the Middle District of Louisiana, **ROGER F. BROOKS, also known as "Cool Breeze,"** defendant herein, knowingly and intentionally did distribute five (5) grams or more of a substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

On or about October 15, 2009, in the Middle District of Louisiana, **ROGER F. BROOKS, also known as "Cool Breeze,"** defendant herein, knowingly and intentionally did use a communications facility, a telephone, in committing, causing, and facilitating the commission of felonies under the Controlled Substances Act, that is, possession with the intent to distribute and distribution of cocaine base, also known as "crack" cocaine, which is a violation of Title 21, United States Code, Section 841(a)(1).

The above is a violation of Title 21, United States Code, Section 843(b).

## COUNT SEVEN

On or about November 25, 2009, in the Middle District of Louisiana, **ROGER F. BROOKS, also known as "Cool Breeze,"** defendant herein, knowingly and intentionally did distribute five (5) grams or more of a substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

On or about November 25, 2009, in the Middle District of Louisiana, **ROGER F. BROOKS, also known as "Cool Breeze,"** defendant herein, knowingly and intentionally did use a communications facility, a telephone, in committing, causing, and facilitating the commission of felonies under the Controlled Substances Act, that is, possession with the intent to distribute and distribution of cocaine base, also known as "crack" cocaine, which is a violation of Title 21, United States Code, Section 841(a)(1).

The above is a violation of Title 21, United States Code, Section 843(b).

## COUNT NINE

On or about November 30, 2009, in the Middle District of Louisiana, **ROGER F. BROOKS, also known as "Cool Breeze,"** defendant herein, knowingly and intentionally did possess with the intent to distribute a substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

On or about November 30, 2009, in the Middle District of Louisiana, **ROGER F. BROOKS, also known as "Cool Breeze,"** defendant herein, knowingly and intentionally did use a communications facility, a telephone, in committing, causing, and facilitating the commission of felonies under the Controlled Substances Act, that is, possession with the intent to distribute and distribution of cocaine base, also known as "crack" cocaine, which is a violation of Title 21, United States Code, Section 841(a)(1).

The above is a violation of Title 21, United States Code, Section 843(b).

## COUNT ELEVEN

On or about December 3, 2009, in the Middle District of Louisiana, **ROGER F. BROOKS, also known as "Cool Breeze,"** defendant herein, knowingly and intentionally did distribute five (5) grams or more of a substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWELVE

On or about December 3, 2009, in the Middle District of Louisiana, **ROGER F. BROOKS, also known as "Cool Breeze,"** defendant herein, knowingly and intentionally did use a communications facility, a telephone, in committing, causing, and facilitating the commission of felonies under the Controlled Substances Act, that is, possession with the intent to distribute and distribution of cocaine base, also known as "crack" cocaine, which is a violation of Title 21, United States Code, Section 841(a)(1).

The above is a violation of Title 21, United States Code, Section 843(b).

| UNITED STATES OF AMERICA, by | A TRUE BILL |
|---|---|
| _/s/ Donald J. Cazayoux, Jr._ | _/s/ Henry [Thompson]_ |
| DONALD J. CAZAYOUX, JR.<br>UNITED STATES ATTORNEY<br>MIDDLE DISTRICT OF LOUISIANA | GRAND JURY FOREPERSON |
| _/s/ Robert W. Piedrahita_ | 7/15/10 |
| ROBERT W. PIEDRAHITA<br>ASSISTANT U. S. ATTORNEY | DATE |

|  | Criminal Cover Sheet | U.S. District Court |
|---|---|---|

**Place of Offense:**

City     Baton Rouge

County/Parish    East Baton Rouge

**Matter to be sealed:** ☐ No ☒ Yes

**Related Case Information:**

Superseding Indictment _____   Docket Number _____
Same Defendant _____           New Defendant __X__
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name    Roger F. Brooks

**U.S. Attorney Information:**

AUSA Robert W. Piedrahita                            Bar #   10989

**Interpreter:** ☒ No ☐ Yes    **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___12___    ☐ Petty    ☐ Misdemeanor    ☒ Felony

|  | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| set 1 | 21 U.S.C. 846 | Conspiracy to possess with the intent to distribute and to distribute 50 grams or more of cocaine base | 1 |
| set 2 | 21 U.S.C. 841(a)(1) | Distribution of cocaine base | 2, 3, 5, 7, 11 |
| set 3 | 21 U.S.C. 841(a)(1) | Possession with the intent to distribute cocaine base | 9 |
| set 4 | 21 U.S.C. 843(b) | Unlawful use of a communications facility | 4, 6, 8, 10, 12 |

(May be continued on second sheet)

Date: __7/15/10__    Signature of AUSA: _____

**District Court Case Number (To be filled in by deputy clerk):** _____